UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 MAR 14 PM 2:39

Charles Stewart

_____

Write the full name of each plaintiff.

-against-

Boeing Company

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| **Charles** | | **Stewart** |
|---|---|---|
| First Name | Middle Initial | Last Name |

**5409 100 Street,  Apt. 116**
Street Address

**Corona**
County, City                                     State                  Zip Code

                                                **chollybaby913@gmail.com**
Telephone Number                                 Email Address (if available)

Page 3

Defendant 4: _____
                First Name                Last Name

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City             State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **US District Court of Western Pennsylvannia**

Date(s) of occurrence: **1996 to 2003.**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

During the proceedings held for the air disaster of USAir Flight 427 in Pittsburgh, PA case # MDL 1040, from 1996 to 2003 the Boeing Co. recieved my Un-Patented Technology from my representatives who were the former International Product and Design Inc. the Doclosure Document of the Air Traffic Control Fuel Warning System. The ATC Fuel Warning System was to prevent the loss of Hydralic Cooling (to the Hydraulic Heat Exchanger in the Main Fuel) to the Rudder Power Control Unit Because USAir Flight 427 the Main Fuel Tanks did NOT have enough fuel to afford coolancy to the Hydraulic Heat Exchangers that are located inside of the Main Fuel Tanks. It was during the Congressional Hearings being held for the Boeing 737 MAX '8' in 2019, after I had submitted written Testimony as a Whistle Blower citing the cause of failure to the MCAS System, was due to the "Early Dismissal" of Fuel from the Combustion Chambers of both Engines. I then stated that my technology could have monitored this dismissal and continued Fuel Flow to both engines by ordering the Auto Fuel Throttle Computer to continue fuel flow to both engines and the same time, notify Air Traffic Control. It is here by the US Congress making this Law, the Boeing Company Infringed this technology for its return to Service of its Boeing 737 MAX '8'. This technology consist of an idependant FUEL PROBE that is connected to the Emergency Low Fuel Notication Unit that sends its signal of LOW FUEL to the Air Traffic Control Transponder to ALERT Air Traffic Control to expedite an Emergency Landing. This is why and when The Boeing Co. wrongfully, intentionally Patented my technology as being its Inventor.This technology has the air safety jurisdiction over several other air disasters such as TWA 800 and Air Avianca Flight 52.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| March 8, 2023 | *[signature: Charles Stewart]* |
|---|---|
| Dated | Plaintiff's Signature |

| Charles | | Stewart |
|---|---|---|
| First Name | Middle Initial | Last Name |

5409 100 Street, Apt 116
Street Address

| Corona | New York | 11138 |
|---|---|---|
| County, City | State | Zip Code |

| 718-271-8060 | chollybaby913@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 2-Day
ELMHURST, NY
11373
MAR 10, 23
AMOUNT
$32.10
R2305H127688-14

RDC 07    10007

RECEIVED
MAR 13 2023
CLERK
S.D.N.Y.

**UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

EI 149 009 100 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )
Mr. Charles Stewart
5409 100th St. Apt. 116
Corona, NY 11368

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☒ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
US District Court
Southern District of New York
c/o Clerk of the Court
500 Pearl Street, Room 120
New York, NY 10007

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☒ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 11373
Scheduled Delivery Date: 3-13-23
Postage: $28.75
Date Accepted: 3-10-23
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 5-22 ☒ PM
Return Receipt Fee: $3.35
Flat Rate
Total Postage & Fees: $32.10

RECEIVED MAR

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

EP13F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.